**DISMISSED and Opinion Filed November 14, 2022**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

_____

**No. 05-22-00774-CV**

_____

**COMPLAINANT FOREST WEST HOMEOWNERS, LAMBERT BUANGA, PRATTHANA CHAIWONGSAI, JULIA COOPER, KELVIN DAVIS, OLGA GALLARDO, JAVIER GARCIA, PETRA GARCIA, JOSE GUEVARA, WILLIAM HEPWORTH, LE MAI DUONG, HAI DUONG, VINCENT NAJERA, LUISA NAJERA, MICHAEL RODRIGUEZ, BRANDO PEREZ, AND IDALIA LOPEZ,
APPELLANTS
V.
JUNCTION REALTY, INC. AND JOHN TARLTON, INDIVIDUALLY,
Appellees**

_____

**On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-22-06667**

_____

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Goldstein
Opinion by Chief Justice Burns

Appellants appealed the trial court's July 26, 2022 order denying their application for a temporary injunction. In a letter filed on October 21, 2022, appellants inform the Court that the trial court subsequently granted their application for a temporary injunction and they, therefore, request dismissal of the appeal. We

construe appellant's letter as a motion to dismiss. We **GRANT** the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220774F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

COMPLAINANT FOREST WEST
HOMEOWNERS, LAMBERT
BUANGA, PRATTHANA
CHAIWONGSAI, JULIA COOPER,
KELVIN DAVIS, OLGA
GALLARDO, JAVIER GARCIA,
PETRA GARCIA, JOSE
GUEVARA, WILLIAM
HEPWORTH, LE MAI DUONG,
HAI DUONG, VINCENT NAJERA,
LUISA NAJERA, MICHAEL
RODRIGUEZ, BRANDO PEREZ,
AND IDALIA LOPEZ, Appellants

On Appeal from the 192nd District
Court, Dallas County, Texas
Trial Court Cause No. DC-22-06667.
Opinion delivered by Chief Justice
Burns. Justices Pedersen,III, and
Goldstein participating.

No. 05-22-00774-CV          V.

JUNCTION REALTY, INC. AND
JOHN TARLTON,
INDIVIDUALLY, Appellees

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellees JUNCTION REALTY, INC. AND JOHN
TARLTON, INDIVIDUALLY recover their costs of this appeal from appellants
COMPLAINANT FOREST WEST HOMEOWNERS AND LAMBERT
BUANGA, PRATTHANA CHAIWONGSAI, JULIA COOPER, KELVIN DAVIS,

–3–

OLGA GALLARDO, JAVIER GARCIA, PETRA GARCIA, JOSE GUEVARA, WILLIAM HEPWORTH, LE MAI DUONG, HAI DUONG, VINCENT NAJERA, LUISA NAJERA, MICHAEL RODRIGUEZ, BRANDO PEREZ, AND IDALIA LOPEZ.

Judgment entered November 14, 2022.